## Colón v. El Registrador de la Propiedad.

Recurso gubernativo contra nota del Registrador de la Propiedad de Caguas.

No. 115.—Resuelto en marzo 11, 1912.

Mandatario Verbal—Defectos Subsanables.—Los preceptos del artículo 1226 del Código Civil Revisado · no declaran nulos los contratos celebrados por mandatarios con poder o autorización verbal, por lo que la ·falta de no haber comparecido el comprador en forma legal al otorgamiento de la escritura no anula necesariamente la obligación y es de las que pueden subsanarse.    •

Los hechos están expresados en la opinión.

Abogado del recurrente: *Sr. V. F. Rodríguez Ortiz.*

El Juez Asociado Sr. Aldrey, emitió la opinión del tribunal.

El presente recurso ha sido motivado por la negativa del Registrador de la Propiedad de Caguas a inscribir un documento público de compraventa, por el motivo de que del mismo no resulta que la persona que en él representa al comprador tenga su autorización o su representación legal.

Del mencionado documento aparece que el comprador estuvo en él representado por un mandatario verbal.

Ya hemos dicho repetidas veces que el artículo 1226 del Código Civil Revisado sólo declara nulos los contratos celebrados a nombre de otro por quien no tenga su autorización o representación legal, pero no los celebrados por mandatarios con poder o autorización verbal, por lo que la falta de no haber comparecido el comprador en forma legal al otorgamiento de la escritura, no anula necesariamente la obligación y es de las que pueden subsanarse, por lo que de acuerdo con la Ley sobre Recursos contra los registradores de la propiedad, de 1902, debió en este caso el de Caguas haber hecho la inscripción con el mencionado defecto. Véanse los casos:

*Porto Rican Leaf Tobacco Co.* v. *El Registrador,* 13 Dec. de P. R., 195; *Gutiérrez* v. *El Registrador,* 14 Dec. de P. R.,

617; *Maestre* v. *Registrador,* 14 Dec. de P. R., 683, y *Purcell* v. *El Registrador,* 14 Dec. de P. R., 752.

De acuerdo con lo expuesto, la mencionada nota denegatoria debe ser revocada.

*Revocada.*

Jueces concurrentes: Sres. Presidente Hernández y Asociados MacLeary, Wolf y del Toro.